United States District Court
Southern District of Texas
**ENTERED**
October 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GENARO DURON ESPARZA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-1078 |
| | § | |
| DAVID VENTURELLA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**NOTICE**

In response to the Court's request, Petitioner Genaro Duron Esparza filed a Statement addressing the issues that the Court raised and also requesting that the Court "dismiss the Petition without prejudice to his right to seek relief should his circumstances change[.]" (Statement, Doc. 5, ¶ 15)

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" The requirements of Rule 41(a)(1)(A)(i) have been met. Petitioner's Notice (Doc. 5) dismisses this action without prejudice and without court order.

The Clerk of Court is directed to close this matter.

Signed on October 28, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge